424 A.2d 499

**COMMONWEALTH of Pennsylvania**

v.

**Robert BLACK, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 23, 1980.

Decided Jan. 27, 1981.

Glenn F. Rosenblum, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Mark Gurevitz, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

The Order of the Court of Common Pleas of Philadelphia is affirmed.